CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:   559-226-1534
FAX:  559412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00272 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING HEARING |
| RENE GALVEZ, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for May 7, 2012 at 10:00 am. It is stipulated that this hearing be continued until May 14, 2012 at 10:00 am. The reason for the continuance is that the defendant is housed in Kern County and logistical issues have prevented counsel from meeting him prior to sentencing.

Dated:  May 2, 2012

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for May 7, 2012 at 10:00 am, is continued until May 14, 2012 at 10:00 am.

IT IS SO ORDERED.

Dated:   May 3, 2012              _____
CHIEF UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com